KUHN, J.,
concurring.
Iilf in the future, Ms. Sevin’s work-related physical injury causes mental injury or exacerbates her pre-existing mental condition, the Office of Workers’ Compensation (“OWC”) has continuing jurisdiction to consider Ms. Sevin’s petition for an amended judgment, subject to the prescriptive limitations established in La. R.S. 23:1209. See La. R.S. 23:1310.8; Falgout v. Dealers Truck Equipment Co., 98-3150, pp. 8-10 (La.10/19/99), 748 So.2d 399. The OWC has jurisdiction to reopen cases as often as necessary to make benefits meet current conditions. Id. at p. 9, 748 So.2d at 406.